STATE OF CONNECTICUT *v.* FREDDY RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 523 (AC 10884), is granted, limited to the following issue:

"Did the Appellate Court, in approving the trial court's failure to instruct on the state's burden to disprove the defense of consent beyond a reasonable doubt in a sexual assault case where consent was the only issue, deprive the defendant of his constitutional right to establish a defense?"

The Supreme Court docket number is SC 14753.

*Joseph M. Shortall,* chief public defender, in support of the petition.

*Leah Hawley,* assistant state's attorney, in opposition.

Decided April 22, 1993

CONNECTICUT NATIONAL BANK ET AL. *v.*
I. BENYAMIN OXENHANDLER ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 30 Conn. App. 541 (AC 11245), is denied.

*Samuel B. Feldman,* in support of the petition.

*Steven I. Richards* and *Linda L. Morkan,* in opposition.

Decided April 22, 1993